FRANK C. HOFFMAN et al., as Administrators de Bonis Non of JOSEPH HUDSON, Deceased, Appellants, *v.* THE DELAWARE AND HUDSON COMPANY, Respondent.

*Hudson* v. *Delaware & Hudson Company,* 142 App. Div. .920, affirmed.

(Argued February 28, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for

the death of plaintiffs' intestate alleged to have been occasioned through the negligence of defendant.

*James A. Leary* and *Edgar T. Brackett* for appellants.

*Lewis C. Carr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ. Dissenting: WILLARD BARTLETT, J.